NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-8001

SUSAN THOMPSON,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

On petition for review of a decision of the Bureau of Justice Assistance in PSOB claim no. 1998-0126.

ON MOTION

Before SCHALL, Circuit Judge.

## O R D E R

Susan Thompson moves for reconsideration of the court's September 8, 2009 order dismissing her appeal for having failed to comply with the court's July 17, 2009 order requiring that her brief be filed no later than August 7, 2009.

Thompson's petition for review was filed more than one year ago. After this court granted several extensions of time for Thompson to file her brief, the July 17, 2009 order provided that no additional extensions would be granted. Having received no brief filed by the required due date, August 7, 2009, this court dismissed this petition for review on September 8, 2009. The time to ask for reconsideration of that dismissal order expired on September 22, 2009. Fed. Cir. R. 45(a). Thompson's motion for reconsideration was received by this court on October 28, 2009.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

___DEC 04 2009___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Susan Thompson
      Lauren A. Weeman, Esq.
s8


FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 4 2009

JAN HORBALY
CLERK